IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **VERITY INVESTIGATIONS, LLC**, <br><br> Plaintiff-Relator, <br><br> v. <br><br> **UNIVERSAL ENVIRONMENTAL SERVICES LLC,** <br><br> Defendant. | Civil Action No. 3:24-CV-00109-LMM <br><br> **Filed under seal and** *ex parte* |

### The United States of America's Notice of Election to Intervene in Part

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States of America respectfully notifies the Court of its decision to intervene in this action consistent with the settlement agreement (the "Settlement Agreement") between the United States, the Relator, and defendant Universal Environmental Services LLC ("UES").

The United States intervenes as to claims asserted in this action against UES that are based on the "Covered Conduct," as defined in the Settlement Agreement. That agreement specifically provides as follows:

> The United States contends that it has certain civil claims against UES arising from its application for a Paycheck Protection Program second-draw loan on or about February 1, 2021, and a subsequent

1

forgiveness application submitted to the SBA in connection with the same loan on or about July 9, 2021. Specifically, the United States contends that Defendant knowingly did not include employees of its affiliates, as it was required to do, and thus falsely represented itself as eligible for a second-draw loan when it was not. This conduct is referred to below as the Covered Conduct.

The United States declines to intervene in any remaining allegations asserted by the Relator in this action on behalf of the United States.

After intervening, the United States intends to dismiss all claims on which it intervened. That dismissal notice will be filed at the same time as this intervention notice.

This case is currently under seal, except where the seal has been partially lifted by previous orders of this Court. The seal exists so that the United States can investigate qui tam complaints in secret. *See* 31 U.S.C. § 3730(b)(3). Now that the United States has made its intervention decision as to all named defendants, the United States respectfully requests that the docket be unsealed except for the government's extension requests, which contain details about the government's investigation. The government filed extension requests on August 21, 2024; February 18, 2025; August 25, 2025; April 13, 2026; and April 27, 2026. The United States will file a proposed order that will acknowledge the dismissal and lift the seal.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

*s/ Anthony C. DeCinque*
ANTHONY C. DECINQUE
*Assistant United States Attorney*

Georgia Bar No. 130906
Anthony.DeCinque@usdoj.gov
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
(404) 581-6000

*Counsel for the United States of America*

3

## Certificate of Compliance

I certify, pursuant to Local Rule 7.1(D), that the above document was prepared in 13-point, Book Antiqua font.

*s/ Anthony C. DeCinque*
ANTHONY C. DECINQUE
*Assistant United States Attorney*

## Certificate of Service

I hereby certify that the above document was served by email under Fed. R. Civ. P. 5(b)(2)(E), addressed to:

J. Matthew Maguire, Jr.
James D. Dean
PARKS, CHESIN & WALBERT, P.C.
1355 Peachtree Street NE
Suite 2000
Atlanta, GA 30309
Email: mmaguire@pcwlawfirm.com
    jdean@pcwlaw.com

Stephen Shackelford
Steven M. Shepard
Amy Gregory
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Email: sshackelford@susmangodfrey.com
    sshepard@susmangodfrey.com
    alai@susmangodfrey.com
    agregory@susmangodfrey.com

*Counsel for Relator*

None of these documents have been served on the Defendant because this case remains under seal.

This 30th day of June, 2026.

s/ *Anthony C. DeCinque*
ANTHONY C. DECINQUE
*Assistant United States Attorney*